BENTLEY *v.* ALASKA.

No. 647, Misc.   Decided June 10, 1963.

Petitioner *pro se.*

*George N. Hayes,* Attorney General of Alaska, and *John K. Brubaker,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.  The judgment is vacated and the case is remanded to the Supreme Court of Alaska for reconsideration in light of *Douglas* v. *California,* 372 U. S. 353, *Lane* v. *Brown,* 372 U. S. 477, and *Draper* v. *Washington,* 372 U. S. 487.